FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 28, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DARRICK L. BARRETT,<br><br>             Petitioner,<br><br>    v.<br><br>JAMES KEY,<br><br>             Respondent. | No.   2:22-cv-00059-MKD<br><br>ORDER DISMISSING HABEAS CORPUS PETITION |

On May 23, 2022, Petitioner Darrick L. Barrett was ordered to show cause why this Court should not dismiss his Petition for a Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254 as time-barred under 28 U.S.C. § 2244(d).  ECF No. 8.  Petitioner is in custody pursuant to a judgment of a State court and is currently housed at the Airway Heights Corrections Center.  ECF No. 1 at 1.  Petitioner has paid the $5.00 filing fee.  Respondent has not been served.

ORDER DISMISSING HABEAS CORPUS PETITION - 1

In the Order to Show Cause, the Court cautioned Petitioner that his failure to show cause regarding the timeliness of his Petition would be construed as his consent to the dismissal of this action. ECF No. 8 at 6. Petitioner did not respond to the Order to Show Cause within thirty days as directed and has filed nothing further in this action.

Accordingly, for the reasons set forth in the Order to Show Cause, *id*. at 3-6, **IT IS ORDERED** that the Petition, ECF No. 1, is **DISMISSED with prejudice** as time-barred under 28 U.S.C. § 2244(d).

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order, **enter judgment**, forward copies to Petitioner, and **CLOSE** the file. The Court further certifies that pursuant to 28 U.S.C. § 1915(a)(3), an appeal from this decision could not be taken in good faith, and there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

**DATED** July 28, 2022.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING HABEAS CORPUS PETITION - 2